**Sharonrose Cannistraci, CSBN 121827**  *E-FILED 08-24-2011*
**CANNISTRACI LAW FIRM**
16450 Los Gatos Blvd. Suite 110
Los Gatos, CA 95032
Phone: (408) 335.7368
Fax: (408) 402.8362
Email: sharonrose@cannistracilaw.com

Attorney for Plaintiff

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
CLIFFORD GREENBERG, Sr. Deputy City Attorney (#122612)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LUIS CHACON, an individual;<br><br>    Plaintiff,<br>vs.<br><br>CITY OF SAN JOSE, a municipality; SAN JOSE POLICE DEPARTMENT, a department of a municipality; OFFICER BARTHELEMY, an individual; OFFICER GROMDAHL an individual; and DOES 1-60.<br><br>    Defendants. | Case No. CV11-0908 HRL<br><br>**STIPULATION AND [proposed] ORDER RE CONTINUANCE OF EARLY NEUTRAL EVALUATION**<br><br>ENE Date: Oct 4, 2011<br>Time: 9:30 a.m.<br>Evaluator: Carol Webster Millie<br><br>Court:Hon. Howard R. LLoyd<br><br> [Re:   Docket No. 14] |

Carol Webster Millie, the court appointed evaluator for the Early Neutral Evaluation (ENE), has no objection to the following stipulation and order to continue the ENE date to October 4, 2011 at 9:30 am. Good cause exists for the continuance inasmuch as Plaintiff's counsel has been unable to reach Luis Chacon whose contact information in whole or part is not current, Plaintiff's counsel

Stip & Order Continuance of ENE            1

1  had a vacation conflict on the previously scheduled ENE date of August 9, 2011, Defendants wish
2  to take the deposition of Plaintiff prior to the ENE, the parties have timely submitted ENE briefs to
3  the evaluator, and continuance of the ENE will not affect the discovery or other deadlines in the
4  case.

    IT IS SO STIPULATED:

DATED:  August 13, 2011                          RICHARD DOYLE, City Attorney


                                                 By:  ____/s/ Cliff Greenburg
                                                      CLIFFORD S. GREENBERG
                                                      Sr. Deputy City Attorneys

                                                 Attorneys for Defendants




DATED:  August 13, 2011                          CANNISTRACI LAW FIRM


                                                 By: ___/s/ Sharonrose Cannistraci
                                                      SHARONROSE CANNISTRACI

                                                 Attorney for Plaintiffs

    IT IS SO ORDERED:

August __24__, 2011                              _____

                                                 Hon. Howard R. LLoyd

                                                 United States Magistrate Judge

Stip & Order Continuance of ENE                        2

CANNISTRACI LAW FIRM
16450 Los Gatos Blvd • Suite 110 • Los Gatos, CA 95032
Phone: 408.335.7368 • Fax: 408.402.8362