United States District Court

For the Northern District of California

1

2                                    **\*E-FILED 01-05-2012\***

3

4

5

6

7                              NOT FOR CITATION

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11   LUIS CHACON,                         No. C11-00908 HRL

12              Plaintiff,

13        v.                             **ORDER DENYING PARTIES' REQUEST
                                         TO EXTEND TIME FOR DISCOVERY**
14   CITY OF SAN JOSE; SAN JOSE POLICE
     DEPARTMENT; OFFICER BARTHELEMY;     **[Re:  Docket No. 17]**
15   OFFICER GROMDAHL; and DOES 1-60,

16              Defendants.
                                    /
17

18        The parties jointly request an extension of fact discovery and expert disclosure deadlines

19   that were set last May.  Granting their request could impact the trial date, and the reasons

20   offered for the request do not satisfactorily explain why nearly seven months were insufficient

21   time for discovery.  The extension of time is denied.

22        SO ORDERED.

23   Dated: January 5, 2012

24                                    _____

25                                    HOWARD R. LLOYD
                                      UNITED STATES MAGISTRATE JUDGE
26

27

28

5:11-cv-00908-HRL Notice has been electronically mailed to:

Karl Anthony Sandoval     cao.main@sanjoseca.gov

Michael J. Dodson     cao.main@sanjoseca.gov

Sharonrose Cannistraci     sharonrose@cannistracilaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California