***E-FILED 01-05-2012***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS CHACON, | No. C11-00908 HRL |
| Plaintiff, | |
| v. | **ORDER DENYING PARTIES' REQUEST TO EXTEND TIME FOR DISCOVERY** |
| CITY OF SAN JOSE; SAN JOSE POLICE DEPARTMENT; OFFICER BARTHELEMY; OFFICER GROMDAHL; and DOES 1-60, | [Re:   Docket No. 17] |
| Defendants. | |

The parties jointly request an extension of fact discovery and expert disclosure deadlines that were set last May.  Granting their request could impact the trial date, and the reasons offered for the request do not satisfactorily explain why nearly seven months were insufficient time for discovery.  The extension of time is denied.

SO ORDERED.

Dated: January 5, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-00908-HRL Notice has been electronically mailed to:

2  Karl Anthony Sandoval     cao.main@sanjoseca.gov

3  Michael J. Dodson     cao.main@sanjoseca.gov

4  Sharonrose Cannistraci     sharonrose@cannistracilaw.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.