*E-FILED: May 16, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS CHACON,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CITY OF SAN JOSE; SAN JOSE POLICE DEPARTMENT; OFFICER BARTHELEMY; OFFICER GRONDAHL,<br><br>　　　　　Defendants.<br>_____/ | No. C11-00908 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

This court is informed that the parties have reached a settlement. Accordingly, all pending motions are terminated and all previously scheduled deadlines and appearances are vacated.

**On or before July 16, 2012**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **July 31, 2012, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than July 24, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a stipulated dismissal is filed as

1  ordered, the Order to Show Cause hearing will be automatically vacated and the parties need
2  not file a joint statement in response to this Order.
3      SO ORDERED.
4  Dated: May 16, 2012



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-00908-HRL Notice has been electronically mailed to:

2  Clifford S. Greenberg     cao.main@sanjoseca.gov

3  Karl Anthony Sandoval     karl.sandoval@cco.sccgov.org,
alexandra.weight@cco.sccgov.org, shelly.babowal@cco.sccgov.org

Michael J. Dodson     cao.main@sanjoseca.gov

Richard D. North     cao.main@sanjoseca.gov, richard.north@sanjoseca.gov

Sharonrose Cannistraci     sharonrose@cannistracilaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

3