Sharonrose Cannistraci, CSBN 121827
CANNISTRACI LAW FIRM
16450 Los Gatos Blvd. Suite 110
Los Gatos, CA 95032
Phone: (408) 335.7368
Fax: (408) 402.8362
Email: sharonrose@cannistracilaw.com

Attorney for Plaintiff

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
RICHARD D. NORTH, Deputy City Attorney (#225617)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants

FILED

JUL 17 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LUIS CHACON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN JOSE, a municipality; SAN JOSE POLICE DEPARTMENT, a department of a municipality; OFFICER BARTHELEMY, an individual; OFFICER GRONDAHL an individual; and DOES 1-60.<br><br>Defendants. | Case No. CV11-0908 HRL<br><br>**STIPULATION AND REQUEST FOR DISMISSAL**<br><br>Judge: Hon. Howard R. Lloyd |

The parties to the above-entitled action jointly submit this stipulation pursuant to settlement for the action in its entirety to be dismissed with prejudice, with each side to bear their own costs and attorneys' fees incurred herein.

Stipulation and Request for Dismissal         1

| | |
|---|---|
| DATED: July 12, 2012 | RICHARD DOYLE, City Attorney |
| | By: /s/ Richard North<br>RICHARD NORTH<br>Deputy City Attorney |
| | Attorneys for Defendants |
| DATED: July 12, 2012 | CANNISTRACI LAW FIRM |
| | By: /s/ Sharonrose Cannistraci<br>SHARONROSE CANNISTRACI |
| | Attorney for Plaintiffs |

**IT IS SO ORDERED:**

Dated: 7/17/12

THE HONORABLE HOWARD R. LLOYD
UNITED STATES DISTRICT MAGISTRATE

CANNISTRACI LAW FIRM
16450 Los Gatos Blvd • Suite 110 • Los Gatos, CA 95032
Phone: 408.335.7368 • Fax: 408.402.8362