1   **Sharonrose Cannistraci, CSBN 121827**
    **CANNISTRACI LAW FIRM**
2   16450 Los Gatos Blvd. Suite 110
    Los Gatos, CA 95032
3   Phone: (408) 335.7368
    Fax: (408) 402.8362
4   Email: sharonrose@cannistracilaw.com

5   Attorney for Plaintiff

6   RICHARD DOYLE, City Attorney (#88625)
    NORA FRIMANN, Assistant City Attorney (#93249)
7   RICHARD D. NORTH, Deputy City Attorney (#225617)
    Office of the City Attorney
8   200 East Santa Clara Street, 16th Floor
    San José, California 95113-1905
9   Telephone Number: (408) 535-1900
    Facsimile Number: (408) 998-3131
10  E-Mail Address: cao.main@sanjoseca.gov

11  Attorneys for Defendants

12              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
13                 SAN JOSE DIVISION

14  LUIS CHACON, an individual;            Case No. CV11-0908 HRL

15          Plaintiff,                     **STIPULATION AND REQUEST FOR**
    vs.                                    **DISMISSAL**
16
    CITY OF SAN JOSE, a municipality; SAN
17  JOSE POLICE DEPARTMENT, a              **Judge: Hon. Howard R. Lloyd**
    department of a municipality; OFFICER
18  BARTHELEMY, an individual; OFFICER
    GRONDAHL an individual; and DOES 1-60.
19
            Defendants.
20

21          The parties to the above-entitled action jointly submit this stipulation pursuant to settlement

22  for the action in its entirety to be dismissed with prejudice, with each side to bear their own costs

23  and attorneys' fees incurred herein.

24

25

26

---
Stipulation and Request for Dismissal                    1

**FILED**

JUL 17 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CANNISTRACI LAW FIRM
16450 Los Gatos Blvd • Suite 110 • Los Gatos, CA 95032
Phone: 408.335.7368 • Fax: 408.402.8362

DATED:  July 12, 2012

RICHARD DOYLE, City Attorney

By:  ____/s/ Richard North
          RICHARD NORTH
Deputy City Attorney

Attorneys for Defendants

DATED: July 12, 2012

CANNISTRACI LAW FIRM

By:  ___/s/ Sharonrose Cannistraci
          SHARONROSE CANNISTRACI

Attorney for Plaintiffs

**IT IS SO ORDERED:**

Dated: _____7/17/12_____

_____
THE HONORABLE HOWARD R. LIOYD
UNITED STATES DISTRICT MAGISTRATE

CANNISTRACI LAW FIRM
16450 Los Gatos Blvd ● Suite 110 ● Los Gatos, CA 95032
Phone: 408.335.7368 ● Fax: 408.402.8362

Stipulation and Request for Dismissal